UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAS ADISA GAMBA OLUWA,

           Plaintiff,           CIV S-04-0233 MCE GGH P

      v.

DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,
           Defendants.

_____/

RAS ADISA GAMBA,

           Plaintiff,           CIV S-05-1434 LKK GGH P

      v.

ARNOLD SCHWARZENEGGER, et al.,

           Defendants.

_____/

1

| | | |
|---|---|---|
| 1 | RAS ADISA GAMBA OLUWA, | |
| 2 |                 Plaintiff, | CIV S-05-2313 LKK GGH P |
| 3 |       v. | |
| 4 | M. PEREZ, | |
| 5 |                 Defendant. | NON-RELATED CASE ORDER |
| 6 |                                         / | |

   The court has received the Notice of Related Cases concerning the above-captioned cases filed CIV S-04-0233 MCE GGH P; CIV S-05-1434 LKK GGH P; and CIV S-05-2313 LKK GGH P. <u>See</u> Local Rule 83-123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

   IT IS SO ORDERED.

DATED: 7/14/06

                /s/ Gregory G. Hollows

                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:009
oluw0233.nr