IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAS ADISA GAMBA OLUWA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**M. PEREZ, et al. ,**<br><br>　　　　　　　　Defendant. | Case Number:  2:05-cv-2313 LKK GGH P<br><br>**ORDER VACATING SCHEDULING ORDER DATES** |

The Court has considered Defendant's request to vacate the scheduling order dates pending a ruling on Defendant's motion for judgment on the pleadings or motion for summary judgment and for good cause appearing,

**IT IS ORDERED** that the pretrial (including the deadlines for the filing of pretrial statements) and trial dates shall be vacated pending a decision on Defendant's motion for judgment on the pleadings or motion for summary judgment.  These dates shall be rescheduled, if need be, after a decision is made on the motion.

Dated: 5/15/07

　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　U.S. Magistrate Judge

oluw2313.po2

[Proposed] Order Vacating Scheduling Order Dates

1