IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAS ADISA GAMBA OLUWA,

    Plaintiff,                      No. CIV S-05-2313 LKK GGH P

    vs.

M. PEREZ, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff has requested a 45-day extension of time to file his response to defendant Perez's May 4, 2007 motion for summary judgment and to the defendant's separate motion for judgment on the pleadings, filed on the same day. Good cause appearing, IT IS HEREBY ORDERED that:

        1. As plaintiff seeks additional time to oppose two separate motions, plaintiff's May 21, 2007 request for an extension of time is granted;

        2. Plaintiff shall file his response to the defendant's May 4, 2007 motion for summary judgment and separate motion for judgment on the pleadings within 45 days of the date of this order; and

        3. There will be no further extension of time.

DATED: 5/31/07                      /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
oluw2313.36