IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAS ADISA GAMBA OLUWA,

    Plaintiff,                    CIV S-05-2313 ALA P

    vs.

M. PEREZ, et al.,

    Defendants.               ORDER

_____/

    Plaintiff Ras Oluwa is a state prisoner proceeding pro se and in forma pauperis seeking relief pursuant to 42 U.S.C. § 1983. On May 4, 2007, Defendant Perez filed a motion for judicial notice. After review, that motion is granted.

    Therefore, IT IS HEREBY ORDERED that the Defendant's May 4, 2007, motion for judicial notice is GRANTED.

/////

DATED: November 28, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation